UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re

Luke Quentin Rowe,

    Debtor

chapter 7  23-60338

William Vowles and
Dawn Vowles
    plaintiffs

vs.

Luke Quentin Rowe,
    Defendant

adversary proceeding 23-06010

AFFIDAVIT OF SERVICE

STATE OF MINNESOTA
COUNTY OF STEARNS

    Darlene Leyendecker, employed by Sam V. Calvert, an attorney licensed to practice in this court, being duly sworn, on oath says:

    That on November 21, 2023 I served a copy of the Summons and of the Complaint in this matter by upon the following parties by depositing a copy thereof in the United States Mail at St. Cloud, Minnesota, postage pre-paid, addressed as follows:

Luke Quentin Rowe
46051 County 73
Bertha MN 56437

Wesley W. Scott
Lifeback Law Firm PA
13 7th AV S
St Cloud MN 56301

1

Further affiant saith naught.

*Darlene Leyendecker*
Darlene Leyendecker

subscribed and sworn to before me this 21st day of November, 2023.

_____
Notary Public

SAMUEL V. CALVERT
Notary Public, State of Minnesota
My Commission Expires
January 31, 2025